James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BIG RIG TANKER, LLC | § | CASE NO. 16-33972-HDH-7 |
| | § | |
| DEBTOR | § | |

## TRUSTEE INTERIM REPORT

A Trustee's Final Report and Report of Proposed Distribution has been delivered to the U.S. Trustee's office on 10/16/2020 for review. The U.S. Trustee policy is to file the report within 60 days of receipt.

RESPECTFULLY SUBMITTED,

  /s/ James W. Cunningham
Chapter 7 Bankruptcy Trustee

TRUSTEE INTERIM REPORT