Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas, Texas 75214
(214) 827-9112

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Big Rig Tanker, LLC | § | Case No. 16-33972 HDH |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

James W. Cunningham, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 16.00                               Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,013,491.82        Claims Discharged
                                                      Without Payment: NA

Total Expenses of Administration: 644,284.17

---

3) Total gross receipts of $ 3,657,775.99 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 3,657,775.99 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 66,448,914.99 | $ 68,111,046.39 | $ 68,103,953.63 | $ 3,013,491.82 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 653,129.34 | 653,129.34 | 644,284.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 644,882.38 | 644,882.38 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,055.88 | 851,906.01 | 851,906.01 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 66,471,970.87 | $ 70,260,964.12 | $ 70,253,871.36 | $ 3,657,775.99 |

4) This case was originally filed under chapter 11 on 10/04/2016 , and it was converted to chapter 7 on 04/11/2017 . The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/01/2021  By:/s/James W. Cunningham, Trustee
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trucks and Trailers | 1129-000 | 3,652,660.00 |
| Unscheduled Refunds | 1290-000 | 3,115.99 |
| Remnant Sale | 1290-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,657,775.99** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bancorpsouth Equipment Finance |  | 19,274.21 | NA | NA | 0.00 |
|  | Bancorpsouth Equipment Finance |  | 16,635.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bancorpsouth Equipment Finance | | 38,447.99 | NA | NA | 0.00 |
| | Bancorpsouth Equipment Finance | | 196,424.63 | NA | NA | 0.00 |
| | Bancorpsouth Equipment Finance | | 972,837.86 | NA | NA | 0.00 |
| | Bancorpsouth Equipment Finance | | 700,233.20 | NA | NA | 0.00 |
| | Bancorpsouth Equipment Finance | | 67,530.55 | NA | NA | 0.00 |
| | Daimler Truck Financial | | 12,985.00 | NA | NA | 0.00 |
| | Daimler Truck Financial | | 69,939.64 | NA | NA | 0.00 |
| | Daimler Truck Financial | | 53,583.27 | NA | NA | 0.00 |
| | Equify Financial, LLC | | 261,927.20 | NA | NA | 0.00 |
| | Equify Financial, LLC | | 405,174.21 | NA | NA | 0.00 |
| | Equify Financial, LLC | | 2,044,025.21 | NA | NA | 0.00 |
| | Equify Financial, LLC | | 1,000,000.00 | NA | NA | 0.00 |
| | Paccar Financial Services | | 12,366.34 | NA | NA | 0.00 |
| | Paccar Financial Services | | 25,952.26 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paccar Financial Services | | 72,169.62 | NA | NA | 0.00 |
| | Paccar Financial Services | | 72,165.77 | NA | NA | 0.00 |
| | Paccar Financial Services | | 72,017.95 | NA | NA | 0.00 |
| | Patriot Bank | | 81,401.98 | NA | NA | 0.00 |
| | Patriot Bank | | 120,113.64 | NA | NA | 0.00 |
| | Patriot Bank | | 274,346.71 | NA | NA | 0.00 |
| | PriorityOne Bank | | 1,808,920.00 | NA | NA | 0.00 |
| | Prosperity Bank | | 23,759.03 | NA | NA | 0.00 |
| | Prosperity Bank | | 76,184.52 | NA | NA | 0.00 |
| | Prosperity Bank | | 115,477.43 | NA | NA | 0.00 |
| | Prosperity Bank | | 343,341.44 | NA | NA | 0.00 |
| | Prosperity Bank | | 28,408.53 | NA | NA | 0.00 |
| | Providence Bank | | 370,319.31 | NA | NA | 0.00 |
| | Stillwater Nat'L Bank | | 110,625.25 | NA | NA | 0.00 |
| | Stillwater Nat'L Bank | | 128,515.04 | NA | NA | 0.00 |
| | Stillwater Nat'L Bank | | 236,478.81 | NA | NA | 0.00 |
| | Stillwater Nat'L Bank | | 427,827.73 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transportation Alliance Bank | | 27,395.37 | NA | NA | 0.00 |
| | Transportation Alliance Bank | | 9,188.26 | NA | NA | 0.00 |
| | Valley National Bank | | 275,128.37 | NA | NA | 0.00 |
| | Valley National Bank | | 306,566.25 | NA | NA | 0.00 |
| | Wells Fargo | | 5,006.55 | NA | NA | 0.00 |
| | Wells Fargo | | 17,240.80 | NA | NA | 0.00 |
| 09 | PATRIOT BANK | 4110-000 | NA | 1,232,589.72 | 1,232,589.72 | 0.00 |
| 05 | BANCORPSOUTH EQUIPMENT FINANCE | 4210-000 | NA | 2,065,697.68 | 2,065,697.68 | 0.00 |
| 10 | BANK OF AMERICA, N.A. | 4210-000 | 53,906,617.07 | 56,812,245.02 | 56,812,245.02 | 913,000.00 |
| 04 | BANK SNB | 4210-000 | NA | 941,993.75 | 1,081,098.93 | 1,081,098.93 |
| | DAILMER TRUCK FINANCIAL | 4210-000 | NA | 96,360.85 | 96,360.85 | 96,360.85 |
| 03 | EQUIFY FINANCIAL, LLC | 4210-000 | NA | 3,817,929.39 | 3,817,929.39 | 0.00 |
| 02 | MAGNOLIA STATE BANK | 4210-000 | 1,642,362.24 | 1,700,000.00 | 1,700,000.00 | 0.00 |
| 11 | PACCAR FINANCIAL CORP. | 4210-000 | NA | 218,271.89 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 06S | PATRIOT BANK | 4210-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| 07S | PATRIOT BANK | 4210-000 | NA | 200,000.00 | 200,000.00 | 0.00 |
| 08S | PATRIOT BANK | 4210-000 | NA | 75,000.00 | 75,000.00 | 0.00 |
| 13 | PROSPERITY BANK | 4210-000 | NA | 76,184.52 | 82,853.02 | 82,853.02 |
| 14 | PROSPERITY BANK | 4210-000 | NA | 115,477.43 | 125,585.27 | 125,585.27 |
| 15 | PROSPERITY BANK | 4210-000 | NA | 343,341.11 | 373,394.06 | 373,394.06 |
| 16 | PROSPERITY BANK | 4210-000 | NA | 288,408.53 | 313,653.19 | 313,653.19 |
|  | WELLS FARGO BANK | 4210-000 | NA | 27,546.50 | 27,546.50 | 27,546.50 |
| TOTAL SECURED CLAIMS |  |  | $ 66,448,914.99 | $ 68,111,046.39 | $ 68,103,953.63 | $ 3,013,491.82 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JIM CUNNINGHAM & ASSOC., INC. | 2100-000 | NA | 16,232.90 | 16,232.90 | 16,232.90 |
| First National Bank of Vinita | 2600-000 | NA | 3,284.94 | 3,284.94 | 3,284.94 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 10,075.00 | 10,075.00 | 1,229.83 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:RITCHIE BROS. AUCTIONEERS | 3610-000 | NA | 490,792.50 | 490,792.50 | 490,792.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:SHATTUCK, LLC | 3610-000 | NA | 1,560.00 | 1,560.00 | 1,560.00 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:RITCHIE BROS. AUCTIONEERS | 3620-000 | NA | 131,184.00 | 131,184.00 | 131,184.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 653,129.34 | $ 653,129.34 | $ 644,284.17 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CALFRAC WELL SERVICES CORP. | 6950-000 | NA | 60,444.02 | 60,444.02 | 0.00 |
| COMDATA INC. | 6950-000 | NA | 93,598.25 | 93,598.25 | 0.00 |
| DAIMLER TRUST | 6950-000 | NA | 30,490.66 | 30,490.66 | 0.00 |
| INTERNATIONAL BANK OF COMMERCE | 6950-000 | NA | 35,182.22 | 35,182.22 | 0.00 |
| LBC BATON ROUGE, LLC | 6950-000 | NA | 42,712.52 | 42,712.52 | 0.00 |
| MISSISSIPPI EXPORT RAILROAD CO | 6950-000 | NA | 32,223.00 | 32,223.00 | 0.00 |
| NGL SUPPLY TERMINAL COMPANY, LLC | 6950-000 | NA | 4,262.45 | 4,262.45 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PIONEER NATURAL RESOURCES | 6950-000 | NA | 92,186.03 | 92,186.03 | 0.00 |
| TRINITY INDUSTRIES LEASING CO. | 6950-000 | NA | 253,783.23 | 253,783.23 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 644,882.38 | $ 644,882.38 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Daimler Truck Financial | | 23,055.88 | NA | NA | 0.00 |
| 12 | PACCAR FINANCIAL CORP. | 7100-000 | NA | 653,718.63 | 653,718.63 | 0.00 |
| 06U | PATRIOT BANK | 7100-000 | NA | 27,301.05 | 27,301.05 | 0.00 |
| 07U | PATRIOT BANK | 7100-000 | NA | 87,408.21 | 87,408.21 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 08U | PATRIOT BANK | 7100-000 | NA | 14,180.02 | 14,180.02 | 0.00 |
| 01 | PRIORITYONE BANK | 7100-000 | NA | 69,298.10 | 69,298.10 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 23,055.88 | $ 851,906.01 | $ 851,906.01 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 16-33972 | HDH | Judge: H. DeWayne Hale | Trustee Name: | James W. Cunningham, Trustee |
| Case Name: | Big Rig Tanker, LLC | | | Date Filed (f) or Converted (c): | 04/11/17 (c) |
| | | | | 341(a) Meeting Date: | 05/17/17 |
| For Period Ending: | 02/01/21 | | | Claims Bar Date: | 09/05/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account<br>- Consumed during chapter 11 | 16.00 | 0.00 | | 0.00 | FA |
| 2. Trucks and Trailers<br>Stay lifted 12/29/16 in ch 11 on eighteen (18) Peterbilt trucks by PriorityOne Bank at order #457<br><br>Stay lifted 1/5/17 in ch 11 on on seventeen (17) Peterbilt trucks by Magnolia St Bk at order #466<br><br>Stay lifted 1/12/17 in ch 11 on twenty-one (21) tanker trailers by Valley Nat Bk at order #486<br><br>Stay lifted 1/24/17 in ch 11 on on thirty-five (35) tanker trailers by Bancorp South at order #536<br><br>Abandonment of certain fleet assets per Notices filed 12/30/16 at docket #459 and1/6/2017 at docket #471 and 3/2/2017 Order #675<br><br>1st Sale - Funds received represent auction proceeds from Ritchie Bros Auctioneers.<br>Sold per 2/2/17 Order #606. Various secured lenders paid from auction proceeds per order.<br>Stay Lifted by Bank of America per 5/25/2017 Order #792, and<br>Stay lifted against balance of proceeds per 6/20/17 Order #814 Bank of America.<br><br>2nd Sale - 2010 Dodge 2500, 3/4 Ton Pickup, VIN ending 154922 sold by Shattuck Auctioneers | Unknown | 3,652,660.00 | | 3,652,660.00 | FA |
| 3. Other Contingent Claims<br>- Related to overpayment of $27,710 on certain truck loans to De Lage Landen<br>- Not pursued by debtor in chapter 11 or previous trustee | Unknown | 0.00 | | 0.00 | FA |
| 4. Unscheduled Refunds (u)<br>- Lexington Insurance Co. Partial Deductible Refund Policy No. 000043822402, Claim No. 5233287686US Date of Loss: 10/18/16 | 0.00 | 3,115.99 | | 3,115.99 | FA |
| 5. Remnant Sale<br>- Per Order #1041 | 0.00 | 0.00 | | 2,000.00 | FA |
| INT. - NA (u) | 0.00 | 0.00 | | 0.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $16.00     $3,655,775.99     $3,657,775.99     $0.00

(Total Dollar Amount

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 16-33972 | HDH | Judge: H. DeWayne Hale | Trustee Name: | James W. Cunningham, Trustee |
| Case Name: | Big Rig Tanker, LLC | | | Date Filed (f) or Converted (c): | 04/11/17 (c) |
| | | | | 341(a) Meeting Date: | 05/17/17 |
| | | | | Claims Bar Date: | 09/05/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Originally filed as chapter 11 on 10/4/2016

- Nine affiliated Debtors:
　　Connect Transport, LLC 16-33971
　　Big Rig Tanker, LLC 16-33972
　　MG Rolling Stock Land, LLC 16-33973
　　Murphy Energy Corporation 16-33974
　　Murphy Holdings, Inc. 16-33975
　　Port Allen Terminal, LLC 16-33976
　　Port Hudson Terminal LLC 16-33977
　　Murphy Terminals, LLC 16-33978
　　Connect Terminals, LLC 16-33979

- Joint Administratin Order entered 10/6/16 (docket 16)
　Connect Transport, LLC 16-33971 is lead case.
　All pleadings filed in lead case.

-  Chapter 11 operation from 10/4/2016 to 4/11/2017

- All assets not foreclosed on transferred to purhaser
　FHG Energy, LLC per 1/13/2017 Order (docket 501 in lead case)

- All cases converted to chapter 7 on 4/11/2017 (docket 737)
　No chapter 7 conversion schedules filed per LBR 1019

-  See notes on lead case,
　Connect Transport, LLC, Case # 16-33971

Initial Projected Date of Final Report (TFR): 10/04/20　　　　Current Projected Date of Final Report (TFR): 12/14/20

PFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 22.02g

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 16-33972 -HDH | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | Big Rig Tanker, LLC | Bank Name: | First National Bank - Vinita |
|  |  | Account Number / CD #: | *******1935  Checking |
| Taxpayer ID No: | *******8517 |  |  |
| For Period Ending: | 02/01/21 | Blanket Bond (per case limit): | $  300,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/04/17 |  | Searcy & Searcy PC Iolta Trust | Equip Sale per 2/2/17 Order 606  Equipment (truck tractors, tank trailers,) sold at auction by Ritchie Bros Auctioneers during Chapter 11 - Funds received and disbursed post conversion |  | 1,009,392.53 |  | 1,009,392.53 |
|  | 2 | SEARCY & SEARCY PC IOLTA TRUST | Memo Amount:      3,635,500.00  Equip Sale per 2/2/17 Order 606 | 1129-000 |  |  |  |
|  |  | RITCHIE BROS. AUCTIONEERS | Memo Amount:    (    490,792.50 )  Auctioneer Fee per 2/2/17 Order | 3610-000 |  |  |  |
|  |  | RITCHIE BROS. AUCTIONEERS | Memo Amount:    (    131,184.00 )  Auctioneer Exp per 2/2/17 Order | 3620-000 |  |  |  |
|  |  | BANK SNB | Memo Amount:    ( 1,081,098.93 )  Lien Pymnt per 2/2/17 Order | 4210-000 |  |  |  |
|  |  | WELLS FARGO BANK | Memo Amount:    (      27,546.50 )  Lien Pymnt per 2/2/17 Order | 4210-000 |  |  |  |
|  |  | PROSPERITY BANK | Memo Amount:    (      82,853.02 )  Lien Pymnt per 2/2/17 Order | 4210-000 |  |  |  |
|  |  | PROSPERITY BANK | Memo Amount:    (    125,585.27 )  Lien Pymnt per 2/2/17 Order | 4210-000 |  |  |  |
|  |  | PROSPERITY BANK | Memo Amount:    (    373,394.06 )  Lien Pymnt per 2/2/17 Order | 4210-000 |  |  |  |
|  |  | PROSPERITY BANK | Memo Amount:    (    313,653.19 )  Lien Pymnt per 2/2/17 Order | 4210-000 |  |  |  |
| 05/04/17 | 4 | Lexington Insurance Company  American International Group, Inc.  P.O. Box 25565  Shawnee Mission, KS 66225 | Deductible Refund | 1290-000 | 3,115.99 |  | 1,012,508.52 |
| 06/07/17 |  | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 936.22 | 1,011,572.30 |
| 07/10/17 |  | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 1,039.48 | 1,010,532.82 |
| 07/13/17 |  | Bank of America, N.A.  BOFA Southeast Collections | Secured Creditor Pymnt per  2/2/17 Order # 606 re Ritchie Bros auction proceeds , and  6/20/17 Lift Stay Order #814 | 4210-000 |  | 913,000.00 | 97,532.82 |
| 07/14/17 |  | Shattuck, LLC  650 Canion St.  Austin, TX 78752 | Sale of vehicle (Shattuck sale)  Sale of vehicles (Shattuck sale) |  | 15,600.00 |  | 113,132.82 |
|  | 2 | SHATTUCK, LLC | Memo Amount:         17,160.00  Sale of vehicle | 1129-000 |  |  |  |
|  |  | SHATTUCK, LLC | Memo Amount:     (      1,560.00 ) | 3610-000 |  |  |  |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 16-33972 -HDH | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | Big Rig Tanker, LLC | | Bank Name: | First National Bank - Vinita |
| | | | Account Number / CD #: | *******1935 Checking |
| Taxpayer ID No: | *******8517 | | | |
| For Period Ending: | 02/01/21 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Auctioneer Fee | | | | |
| 08/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 455.82 | 112,677.00 |
| 09/08/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 119.72 | 112,557.28 |
| 10/06/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 115.67 | 112,441.61 |
| 11/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 119.39 | 112,322.22 |
| 12/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 115.42 | 112,206.80 |
| 01/08/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 119.15 | 112,087.65 |
| 01/09/18 | 000101 | Daimler Truck Financial c/o Stephen G. Wilcox P.O. Box 201849 Arlington, Texas 76006 | Turnover of DTF collateral per Order dated 3-10-17, Dkt. #689 | 4210-000 | | 96,360.85 | 15,726.80 |
| 02/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 86.03 | 15,640.77 |
| 03/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.02 | 15,625.75 |
| 04/06/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.59 | 15,609.16 |
| 05/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.04 | 15,593.12 |
| 06/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.56 | 15,576.56 |
| 07/09/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.01 | 15,560.55 |
| 08/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.52 | 15,544.03 |
| 09/10/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § | 2600-000 | | 16.51 | 15,527.52 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 16-33972 -HDH | | Trustee Name: | James W. Cunningham, Trustee |
| Case Name: | Big Rig Tanker, LLC | | Bank Name: | First National Bank - Vinita |
| | | | Account Number / CD #: | *******1935 Checking |
| Taxpayer ID No: | *******8517 | | | |
| For Period Ending: | 02/01/21 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/05/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.96 | 15,511.56 |
| 11/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.47 | 15,495.09 |
| 12/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.92 | 15,479.17 |
| 01/08/19 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.44 | 15,462.73 |
| 02/05/19 | 000102 | Transfer Funds to Axos Bank | | 9999-000 | | 15,462.73 | 0.00 |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-33972 -HDH | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | Big Rig Tanker, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0277 Checking Account |
| Taxpayer ID No: | *******8517 | | | |
| For Period Ending: | 02/01/21 | | Blanket Bond (per case limit): $ 300,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/19 | | Transfer Funds from FNB Vinita | | 9999-000 | 15,462.73 | | 15,462.73 |
| 10/09/20 | 5 | Oak Point Partners #6882 | Remnant Sale Proceeds - Order 1041 | 1290-000 | 2,000.00 | | 17,462.73 |
| 01/05/21 | 004001 | Jim Cunningham & Assoc., Inc.<br>6412 Sondra Drive<br>Dallas, TX 75214-3451 | Chapter 7 Compensation/Fees | 2100-000 | | 16,232.90 | 1,229.83 |
| 01/05/21 | 004002 | United States Trustee<br>Earle Cabell Federal Building<br>1100 Commerce Street Room 976<br>Dallas, Tx 75242 | Claim 17, Payment 12.20675% | 2950-000 | | 1,229.83 | 0.00 |

Total Of All Accounts  0.00